Sandra BASILE, On Behalf of Herself and All Others Similarly Situated, Respondents

v.

H & R BLOCK, INC. and H & R Block Eastern Tax Services, Inc., Petitioners.

Supreme Court of Pennsylvania.

Sept. 26, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of September, 2006, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and this case is **REMANDED** to the Superior Court. The Superior Court is directed to specifically discuss Pa.R.A.P. 501, 511, *Hospital & Healthsystem Association of Pennsylvania v. Department of Public Welfare,* 585 Pa. 106, 888 A.2d 601, 606–07 n. 11 (2005), Pa.R.C.P. 1710(d), *Debbs v. Chrysler Corporation,* 810 A.2d 137, 161 n. 30 (Pa.Super.2002), and any other related precedent.

Jurisdiction relinquished.